# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0095
Lower Tribunal No. F02-21849
_____

**Isaiah Kelly,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura María González-Marqués, Judge.

Isaiah Kelly, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>State v. Thompson</u>, 390 So. 2d 715 (Fla. 1980) (holding that the phrase "but this section shall not apply to antique firearms" contained in section 790.221(1), Fla. Stat. is a matter of defense; the State is not required to prove, as an element of the crime of possession of a short-barreled rifle or shotgun, that the shotgun was not an antique weapon).